UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NORTH ATLANTIC STATES CARPENTERS HEALTH, PENSION, ANNUITY, APPRENTENCESHIP, and LABOR MANAGEMENT COOPERATION FUNDS,<br><br>Plaintiffs,<br><br>-against-<br><br>AWE INCORPORATED and QBE INSURANCE CORPORATION,<br><br>Defendants. | 22 CV 7922 (GRB) (JMW)<br><br>**SATISFACTION OF JUDGMENT** |

**WHEREAS,** a judgment was entered in the above action on the 26th day of May, 2023, in favor of Plaintiffs TRUSTEES OF THE NORTH ATLANTIC STATES CARPENTERS HEALTH, PENSION, ANNUITY, APPRENTENCESHIP, and LABOR MANAGEMENT COOPERATION FUNDS, and against Defendant AWE INCORPORATED for the sum of $8,288.23, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**THEREFORE,** full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
      September 7, 2023

                                          VIRGINIA & AMBINDER, LLP

                                          Maura Moosnick, Esq.
                                          40 Broad Street, 7th Floor

New York, New York 10004<br>
(212) 943-9080<br>
mmoosnick@vandallp.com<br>
*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) ss.: | |
| COUNTY OF NEW YORK | ) | |

On the 7th day of September 2023, before me personally came Maura Moosnick, Esq. to me known and known to be a member of the firm of Virginia & Ambinder, LLP, attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

EVA C. CODISPOTI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CO6422855
Qualified in Kings County
Commission Expires OCTOBER 04, 2025

Notary Public